# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL KENNETH NEMEE and MICHELLE SEOBHAN McKEE NEMEE,<br><br>            Debtors.<br>_____/ | CASE NO. CV F 12-0002<br><br>**ORDER TO STAY APPEAL PROCEEDINGS**<br>(Doc. 1.) |

In light of motions pending before the bankruptcy court, this Court STAYS debtors' appeal from the bankruptcy court judgment and ORDERS the parties, no later than January 30, 2012, to file a joint status report to address how to proceed with this appeal, including setting briefing and related deadlines.

IT IS SO ORDERED.

**Dated:   January 5, 2012**                                       /s/ Lawrence J. O'Neill
                                                                                   UNITED STATES DISTRICT JUDGE

1