1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11
12  In RE:                                              CASE NO.

13       STANDING ORDER IN ALL
         CIVIL CASES ASSIGNED TO
14       DISTRICT JUDGE
         LAWRENCE J. O'NEILL
15
16
17  _____/
18
19
20       1.      Civil law and motion calendar is on Monday through Thursday at 8:30 a.m. in Courtroom

21  4, Seventh floor.  It is not necessary to clear a date prior to scheduling law and motion.  The parties are

22  required to comply with Local Rule 230, or other applicable rules and notice requirements.

23       2.      Unless prior leave of Court is obtained seven days before the filing date, all moving and

24  opposition briefs or legal memorandum in civil cases shall not exceed 25 pages.  Reply briefs filed by

25  moving parties shall not exceed 10 pages.  Briefs that exceed the page limitations or are sought to be

26  filed without leave may not be considered.  If combined supporting papers or opposition papers exceed

27  25 pages, the parties are required to submit a complete set of all papers as a chambers courtesy copy,

28  properly tabbed and fastened.

1

1    3.    The Court requires <u>Joint</u> Pretrial statements, where District Judge O'Neill is the hearing

2 officer.  The statements must be filed seven days before the hearing date and e-mailed as a WordPerfect

3 8.0 or Word document to: ljoorders@caed.uscourts.gov.

4    4.    Telephonic appearances before District Judge O'Neill are encouraged.  The parties may

5 appear at hearings by telephone by arranging a one line conference call and telephoning the Court at

6 (559) 499-5680.

7

8    IT IS SO ORDERED.

9

10                                    /s/ LAWRENCE J. O'NEILL
                                    HONORABLE LAWRENCE J. O'NEILL
11                                   UNITED STATES DISTRICT JUDGE

2