**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re  MICHAEL KENNETH NEMEE and MICHELLE SEOBHAN McKEE NEMEE, | CASE NO. CV F 12-0002 LJO JLT |
| Debtors. | **ORDER TO SET SCHEDULES** |
| _____/ | |

Pursuant to the status report of the parties and the stipulation attached thereto, this Court ORDERS as follows:

1. The parties ASSIGNS United States Magistrate Judge Jennifer L. Thurston to be the settlement conference judge on this matter.  The parties shall arrange a settlement conference directly with Judge Thurston's chambers.

2. This Court GRANTS the appellants' motion to hear the motion to stay judgment pending appeal on shortened time.

3. The briefing schedule for the motion to stay judgment pending appeal shall be as follows:

   a. Appellants shall file and serve the opening points and authorities no later than February 2, 2012;

   b. Appellee shall file and serve an opposition no later than February 9, 2012; and

   c. Appellants shall file and serve a reply, if any, no later than February 14, 2012.

3. This Court SETS a hearing on the motion to stay pending appeal for February 21, 2012

1

1    at 8:30 a.m. in Courtroom 4 (LJO).

2      4.  As to the briefing schedule on the merits of the appeal, this Court SETS the following

3    briefing schedule:

4        1.  Appellant shall file a statement of issues and designation of record on appeal

5          February 10, 2012.

6        2.  Appellants' Opening Brief shall filed no later than April 10, 2012;

7        3.  Appellee's Responsive Brief shall be filed no later than June 11, 2012; and

8        4.  Appellants' Reply shall be filed no later than July 11, 2012.

9

10

11              IT IS SO ORDERED.

12    **Dated:**  **January 27, 2012**        **/s/ Lawrence J. O'Neill**
                     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28