# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL KENNETH NEMEE and MICHELLE SEOBHAN McKEE NEMEE,<br><br>  Debtors.<br>_____ / | CASE NO. CV F 12-0002 LJO JLT<br><br>**ORDER TO SET SCHEDULES** |

Pursuant to the April 5, 2012 status report filed by the County of Calaveras, indicating that the property that is the subject of this action is scheduled to be auctioned in April 17, 2012, this Court MODIFIES the scheduling order and ORDERS as follows:

1. The parties shall file a joint status report no later than **April 24, 2012** to advise the Court whether the property has been sold and if so, whether the parties agree that this appeal is moot.

2. If the property has been sold, and if the parties disagree on the issue of mootness, this Court shall set a briefing schedule on the issue of mootness after the Court has read and reviewed the status report.

3. The current briefing schedule on the merits of this appeal is VACATED. This Court shall reset the briefing schedule on the merits of this appeal once the mootness issue is determined.

IT IS SO ORDERED.

Dated:   April 6, 2012                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1